DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK MALESKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0409

_____

March 27, 2026

Appeal from the Circuit Court for Pinellas County; Brett Szematowicz, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee

PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.